**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01936-REB-SKC

GREGORY HEARD,

      Plaintiff,

v.

GREG DULAYEV, individually,
CITY AND COUNTY OF DENVER, a municipality,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order Granting Motion to Reconsider & Motion for Summary Judgment – Municipal Liability [ECF 158] entered by Judge Robert E. Blackburn on March 30, 2023, it is

ORDERED that under Fed.R.Civ.P. 56, judgment is entered in favor of defendant, the City and County of Denver, and against the plaintiff, Gregory Heard, on the municipal liability clam asserted against Denver, the Second Claim for Relief in the Amended Civil Rights Complaint with Request for Trial by Jury [#57] It is

FURTHER ORDERED that under the order of the United States Court of Appeals for the Tenth Circuit [#140], judgment is entered in favor of defendant, Greg Dulayev and against the plaintiff, Gregory Heard on the Fourth Amendment excessive force claim, which is the First Claim for Relief in the Amended Civil Rights Complaint with Request for Trial by Jury [#57] It is

FURTHER ORDERED that defendants are awarded their costs, to be taxed by the clerk of the court in the time and manner specified in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED March 30, 2023, at Denver, Colorado.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/K, Myhaver
       K. Myhaver
       Deputy Clerk